# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ROXTEC, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| **M/V SEALAND PRIDE,** | § | **CIVIL ACTION NO. H-04-3617** |
| **BLUE ANCHOR LINE,** | § | |
| and | § | |
| **MAERSK LINE, LTD.,** | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| **ITOCHU BUILDING PRODUCTS CO., INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. H-05-4342** |
| | § | |
| **MAERSK, INC., d/b/a MAERSK SEALAND,** | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Pending before the Court in this consolidated action is Plaintiff Itochu Building Products Co., Inc.'s ("Itochu") motion to remand all claims to state court. Pursuant to the parties' agreement, that motion, Docket No. 6, is hereby **DENIED AS MOOT**.

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 16th day of March, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**